## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

LAURA MURPHY,

        Plaintiff,

v.                              Case No:  2:16-cv-381-FtM-38CM

CP SANIBEL LLC,

        Defendant.

_____

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Extension of Discovery Deadline (Doc. 23) filed on February 10, 2017.   Plaintiff seeks to extend the discovery deadline of February 20, 2017 to March 22, 2017 because Plaintiff's counsel will be in a three-day trial beginning on February 20, 2017.   Doc. 23 at 1.   Plaintiff alleges that because of its counsel's upcoming trial, Plaintiff's counsel cannot be present at depositions scheduled to take place on February 20, 2017.   *Id.* at 2.   Defendant does not oppose the requested relief.   *Id.*   On July 13, 2016, the Court entered a Case Management and Scheduling Order setting the discovery deadline to February 20, 2017, the mediation deadline to February 20, 2017, the deadline for dispositive motions to March 13, 2017, and a trial term of July 3, 2017.   Doc. 16 at 1-2.

District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion.   *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002).   Rule 16 requires a showing of

good cause for modification of a court's scheduling order.   Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension."   *Sosa v. Airprint Sys., Inc.*, 133 F. 3d 1417, 1418 (11th Cir. 1998) (internal quotations and citations omitted). Here, based on Plaintiff's representations, the Court finds good cause to grant the motion.   In addition, the Court will *sua suponte* extend the deadline of March 13, 2017 for dispositive motions to April 5, 2017 so that the parties have sufficient time to conclude discovery and file dispositive motions.

ACCORDINGLY, it is hereby

**ORDERED:**

1.     Plaintiff's Motion for Extension of Discovery Deadline (Doc. 23) is **GRANTED**.

2.     The discovery deadline is extended to **March 22, 2017**.

3.     The deadline for dispositive motions, *Daubert* motions, and *Markman* motions is extended to **April 5, 2017**.

4.     All other deadlines in the Case Management and Scheduling Order (Doc. 16) remain in effect.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record